**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| Bank of the Ozarks,<br>          Plaintiff(s),<br><br>vs.<br><br>Steiner Brothers Properties, Blue Hospitality, LLC, Scott C. Rechsteiner, Christa M. Rechsteiner,<br>          Defendant(s). | CIVIL ACTION FILE<br><br>NO.  4:18-cv-101-HLM |

## J U D G M E N T

This action having come before the court, Honorable Harold L Murphy, United States District Judge, for consideration of Plaintiff's Motion for Summary Judgment, and the court having Granted said motion, as to Counts I and II,  it is

**Ordered and Adjudged** that the plaintiff recover the amount of $2,990,267.01 from Defendants jointly and severally. That amount includes $2,688,839.14 in principal, $238,336.10 in interest, $22,833.40 in late fees and penalties, and $40,258.37 in attorney's fees, and the action be, and the same hereby is, **dismissed**.

Dated at Rome, Georgia, this 8th day of June, 2018.

                                                  JAMES N. HATTEN
                                                  CLERK OF COURT

                                                  By:  s/D. Burkhalter_____
                                                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
    March 8, 2019
James N. Hatten
Clerk of Court

By: s/D. Burkhalter_____
      Deputy Clerk