## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| Bank of the Ozarks, successor by merger with Community & Southern Bank<br>Plaintiff(s),<br><br>vs.<br><br>Steiner Brother Properties LLC, Blue Hospitality, LLC and Scott C. Rechsteiner ,<br>Defendant(s). | CIVIL ACTION FILE<br><br>NO.  4:18-cv-101-HLM |

## **CORRECTED J U D G M E N T**

This action having come before the court, Honorable Harold L Murphy, United States District Judge, for consideration of Plaintiff's Motion for Summary Judgment, and the court having granted said motion, as to Counts I and II,  it is

**Ordered and Adjudged** that the plaintiff recover the amount of $2,990,267.01 from Defendants jointly and severally.  That amount includes $2,688,839.14 in principal, $238,336.10 in interest, $22,833.40 in late fees and penalties, and $40,258.37 in attorney's fees, and the action be, and the same herby is, **dismissed.**

Dated at Rome, Georgia, this 18th day of June, 2018.

JAMES N. HATTEN
CLERK OF COURT


By:  s/D. Burkhalter
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
     March 18, 2019
James N. Hatten
Clerk of Court
s/D. Burkhalter
Deputy Clerk